2006 OCT 13 PM 2:45

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY FLORES,<br><br>Petitioner - Appellant,<br><br>v.<br><br>ROBERT C. HERNANDEZ, Warden, et al.,<br><br>Respondents - Appellees. | Civil No.   Southern District No.<br>04cv1646-TJW<br><br>Ninth Circuit No.<br>06-55015<br><br>**ORDER APPOINTING COUNSEL** |

On September 27, 2006, the Ninth Circuit ordered Magistrate Judge Louisa S Porter to locate counsel for Defendant-Appellant MARK ANTHONY FLORES. Therefore, **IT IS HEREBY ORDERED**:

1. **Jami Ferrara, Esq.**, is appointed to represent Petitioner - Appellant MARK ANTHONY FLORES, Southern District of California number 04cv1646-TJW, Ninth Circuit number 06-55015.

2. The Clerk of Court for the Southern District of California shall prepare and mail a CJA Voucher, a copy of this order, the attached docket sheet, and the attached order *immediately* to **Jami Ferrara, Esq., 964 Fifth Ave., Suite 335 San Diego, CA 92101** Counsel's telephone number is **(619) 239-4344**.

///

3. The Clerk of the Court for the Southern District of California shall mail a courtesy copy of this order to the United States Court of Appeals for the Ninth Circuit *immediately*.

DATED: 10/13/06

LOUISA S PORTER
United States Magistrate Judge
Southern District of California

cc: All parties
Ninth Circuit Court of Appeals
District Judge
CRD Preparing Vouchers